**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**VINCENT COOPER,**                                                                    **PLAINTIFF**
**ADC #114449**

**V.**                                        **Case No. 5:14-cv-00125-KGB-JTK**

**MARK HALL, ET AL.**                                                             **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, judgment is entered dismissing this case with prejudice.  The relief sought is denied.  The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

SO ADJUDGED this 23rd day of March, 2015.

_____
Kristine G. Baker
United States District Judge